IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TODD QUAVION CARTER,

    Plaintiff,    JUDGMENT IN A CIVIL CASE

v.    15-cv-539-jdp

ROBERT VICKERY, KIM CAMPBELL,
and BRYAN GERRY,

    Defendants.

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Robert Vickery, Kim Campbell, and Bryan Gerry granting their motion for summary judgment and dismissing this case.

| /s/ | 9/21/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |